# United States Bankruptcy Court
## District of Delaware

# Voluntary Petition

Name of Debtor (if individual, enter Last, First, Middle):
**AES Thames, L.L.C.**

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)
**03-0458195**

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)

Street Address of Debtor (No. and Street, City, and State):
**141 Depot Rd.**
**Uncasville, CT**
ZIP Code **06382**

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code

County of Residence or of the Principal Place of Business:
**New London**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP Code

Mailing Address of Joint Debtor (if different from street address):
ZIP Code

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**AES Thames, L.L.C.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________

(Name of landlord that obtained judgment)

______________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
AES Thames, L.L.C.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X ______________________________
Signature of Attorney for Debtor(s)

Adam G. Landis 3407
Printed Name of Attorney for Debtor(s)

Landis Rath & Cobb LLP
Firm Name

919 Market Street
Suite 1800
Wilmington, DE 19801
Address

(302) 467-4400 Fax: (302) 467-4450
Telephone Number

February 1, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Authorized Individual

Brian Chatlosh
Printed Name of Authorized Individual

President
Title of Authorized Individual

February 1, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**AES THAMES, L.L.C.**

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS**

January 29, 2011

In accordance with Section 404(c) of the Limited Liability Company Act of the State of Delaware and the Limited Liability Company Agreement of AES Thames, L.L.C., a Delaware limited liability company (the "Company"), the undersigned, constituting all of the members of the Board of Directors of the Company (the "Board"), hereby adopt the following resolutions by written consent:

**WHEREAS**, the Board has considered the financial and operational conditions of the Company's business;

**WHEREAS,** the Board has reviewed, considered and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THERFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, members and other interested parties and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

**RESOLVED FURTHER,** that each of the directors of the Company or any other officer or person designated and so authorized to act (each, an "Authorized Person") be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to execute, verify and file all documents necessary or appropriate in connection with the filing of the Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case (the "Bankruptcy Case"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or

appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions as adopted herein; and it is

**RESOLVED FURTHER**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Landis Rath & Cobb LLP as counsel to assist the Company in filing for relief under chapter 11 of the Bankruptcy Code and in carrying out the Company's duties under chapter 11 of the Bankruptcy Code, and the Authorized Persons are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the Bankruptcy Case, and to cause to be filed an application for authority to retain the services of Landis Rath & Cobb LLP as the Company's counsel; and it is

**RESOLVED FURTHER**, that any Authorized Person and such persons as the Authorized Persons shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such persons be, and each herby is, authorized, empowered, and directed in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any Authorized Person shall be or become necessary, proper, and desirable to effectuate the successful prosecution of the Bankruptcy Case; and it is

**RESOLVED FURTHER,** that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby, adopted, ratified and confirmed in all respects as the acts and deeds of the Company; and it is

**RESOLVED FURTHER**, that the acts, actions and transactions heretofore taken by the Officers of the Company or the Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be and hereby are, ratified, confirmed, and approved in all respects.

This action by unanimous written consent may be executed in any number of counterparts, each of which shall be an original instrument. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board and shall be effective as of the day and date first above written.

________________________________
Brain Chatlosh
Director

________________________________
Peter Norgeot
Director

________________________________
Peter Bajc
Director

This action by unanimous written consent may be executed in any number of counterparts, each of which shall be an original instrument. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board and shall be effective as of the day and date first above written.

______________________________

Brain Chatlosh
Director

______________________________

Peter Norgeot
Director

______________________________

Peter Bajc
Director

This action by unanimous written consent may be executed in any number of counterparts, each of which shall be an original instrument. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board and shall be effective as of the day and date first above written.

Brain Chatlosh
Director

Peter Norgeot
Director

Peter Bajc
Director

# United States Bankruptcy Court
## District of Delaware

In re **AES Thames, L.L.C.** Debtor(s)

Case No. ______
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AES Connecticut Management, Inc.**<br>**Susan Lettrich**<br>**141 Depot Road**<br>**Uncasville, CT 06382**<br>**Telephone: (860) 848-9223 x112**<br>**Facsimile: (860) 848-3814** | | **10** | **Membership Interest Unit** |


Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AES THAMES, L.L.C.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_____ (___) |

**DECLARATION CONCERNING THE DEBTOR'S**
**LIST OF EQUITY INTEREST HOLDERS**

I, Brian Chatlosh, President of AES Thames, L.L.C. (the "Debtor"), a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury that I have reviewed the List of Equity Interest Holders submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: February 1, 2011

Name: Brian Chatlosh
Title: President of AES Thames, L.L.C.

---

[1] The Debtor's Tax I.D. No. is xx-xxx8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.

{864.001-W0012657.}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AES THAMES, L.L.C.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_____ (___) |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO**
**RULE 1007(a)(1) OF THE FEDERAL RULES OF BANKUPTCY PROCEDURE**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, AES Thames, L.L.C., as debtor in this chapter 11 case, hereby represents that AES Connecticut Management, Inc. owns 100% of the equity interests in AES Thames, L.L.C.

Dated: February 1, 2011

Respectfully submitted,

AES Thames, L.L.C.,

By: ______________________
Brian Chatlosh, President

[1] The Debtor's Tax I.D. No. is xx-xxx8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.

{864.001-W0012663.}

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re **AES Thames, L.L.C.** Debtor(s)

Case No. ______
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ICG, LLC<br>Attn: Accounting Manager<br>300 Corporate Centre Drive<br>Scott Depot, WV 25560** | | **Contract** | | **1,205,118.10** |
| **Headwaters Resources, Inc.<br>Attn: Julie Fisher<br>10653 South River Front Parkway<br>Suite 300<br>South Jordan, UT 84095** | | **Contract** | | **1,021,536.02** |
| **Moran Towing Corporation<br>Attn: Susanne Ogle-Conroy<br>50 Locust Avenue<br>New Canaan, CT 06840** | | **Contract** | | **787,790.44** |
| **Alpha Coal Sales Co, LLC<br>Attn: Anna Lee Fields<br>One Alpha Place<br>PO Box 2345<br>Abingdon, VA 24210** | | **Contract** | | **502,934.58** |
| **East River Energy<br>Attn: Steve Carlin<br>PO Box 388<br>Guilford, CT 06437-0388** | | **Trade** | | **234,164.82** |
| **Atlas Copco Compressors, LLC<br>Attn: Christine Beaudreau<br>92 Interstate Drive<br>West Springfield, MA 01089** | | **Trade** | | **216,511.97** |
| **CSX Transportation<br>Customer Accounting Department<br>Attn: Ms. Alex Jones<br>PO Box 44053<br>Jacksonville, FL 32231-4053** | | **Contract** | | **138,922.32** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.
In re **AES Thames, L.L.C.** Case No. ______________
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Commercial Diving Services LLC<br>Attn: Eric Graham<br>93 Whippoorwill Hollow Road<br>North Franklin, CT 06254** | | **Trade** | | **32,495.00** |
| **Schultz Electric Co.<br>Attn: Rosie Cuomo<br>30 Gando Drive<br>New Haven, CT 06513** | | **Trade** | | **31,184.00** |
| **Harsco Infrastructure Americas<br>Attn: Accounting Manager<br>4400 Campbells Run Road<br>Pittsburgh, PA 15205** | | **Trade** | | **20,238.56** |
| **Smoot Co.<br>Attn: Lori Fields<br>1250 Seminary Street<br>Kansas City, KS 66103** | | **Trade** | | **19,914.60** |
| **Walco Electric Co.<br>Attn: Lena Williams<br>303 Allens Avenue<br>Providence, RI 02905** | | **Trade** | | **19,695.64** |
| **Altran Shared Services<br>Attn: Laura Dutton<br>66 Gilcrest Road<br>Suite 8<br>Mont Vernon, NH 03057** | | **Trade** | | **17,743.00** |
| **Senior Flextronics Pathway<br>Attn: Katie Wolman<br>2400 Longhorn Industrial Drive<br>New Braunfels, TX 78130** | | **Trade** | | **17,337.04** |
| **ChemTreat, Inc.<br>Attn: Accounting Manager<br>4461 Cox Road<br>Suite 300<br>Glen Allen, VA 23060-3331** | | **Trade** | | **13,468.01** |
| **Hubbell Industrial Controls<br>Attn: Sandy Skwiat<br>25414 Network Place<br>Chicago, IL 60673-1254** | | **Trade** | | **11,164.70** |
| **Midwesco Filter Resources, Inc.<br>Attn: Accounting Manager<br>PO Box 2075<br>Winchester, VA 22601** | | **Trade** | | **9,269.55** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re AES Thames, L.L.C. Case No. ____________

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **P&H Construction LLC<br>Attn: Laree Giroux<br>PO Box 184<br>Uncasville, CT 06382** | | **Trade** | | **8,480.00** |
| **Clyde Bergemann EEC<br>Attn: Donna Mohler<br>7380 Coca-Cola Drive<br>Suite 126<br>Hanover, MD 21076** | | **Trade** | | **6,827.07** |
| **Anchor Insulation Co, Inc.<br>Attn: Carol McGinley<br>435 Narragansett Park Drive<br>Pawtucket, RI 02861-4321** | | **Trade** | | **6,712.22** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AES THAMES, L.L.C.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_____ (___) |

**DECLARATION CONCERNING THE DEBTOR'S**
**<u>LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS</u>**

I, Brian Chatlosh, President of AES Thames, L.L.C. (the "<u>Debtor</u>"), a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury that I have reviewed the List of Creditors Holding 20 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: February 1, 2011

Name: Brian Chatlosh
Title: President of AES Thames, L.L.C.

[1] The Debtor's Tax I.D. No. is xx-xxx8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.

{864.001-W0012658.}