UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| AES THAMES, LLC | : | Case No. 11-10334 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

-----------------------------------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **ICG, LLC**, Attn: Christina Brumley, 300 Corporate Centre Drive, Scott Depot, WV 25560, Phone: 304-760-2621, Fax: 815-572-0531

2. **Headwaters Resources**, Attn: Curtis J. Brown, 10653 S. River Front Parkway, Suite 300, South Jordan UT 84095, Phone: 610-222-8116

3. **Moran Towing Corporation**, Attn: Bruce D. Richards, 50 Locust Avene, New Canaan CT 06840, Phone: 203-442-2850, Fax: 203-442-2195

4. **Alpha Coal Sales Co., LLC**, Attn: Jill M. Harrison, P.O. Box 2345, Abingdon VA 24212, Phone: 276-623-2904, Fax: 276-623-4359

5. **East River Energy Inc.**, Attn: Mr. Donald Herzog, 401 Soundview Road, Guilford CT 06437, Phone: 203-453-1200, Fax: 203-453-3899


ROBERTA A. DeANGELIS
United States Trustee, Region 3


/s/ Juliet Sarkessian for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: February 15, 2011

Attorney assigned to this Case: Juliet M. Sarkessian, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Adam Landis, Esquire, Phone: (302) 467-4400, Fax: (302) 467-4450