`IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AES THAMES, L.L.C.,[1] | : | Case No. 11-10334 (KJC) |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that pursuant to Bankruptcy Rules 2002 and 9010(b), Blank Rome LLP, proposed counsel for the Official Committee of Unsecured Creditors of AES Thames, L.L.C. (the "Committee"), requests that all notices given or required to be given in this case be given to and served upon Blank Rome LLP at the following addresses:

| | |
|---|---|
| Regina Stango Kelbon, Esq. | John E. Lucian, Esq. |
| Alan M. Root, Esq. | **Blank Rome LLP** |
| **Blank Rome LLP** | One Logan Square |
| 1201 Market Street | Philadelphia, PA 19103 |
| Suite 800 | Phone: (215) 569-5500 |
| Wilmington, DE 19801 | Facsimile: (215) 569-5555 |
| Phone: (302) 425-6400 | Email: lucian@blankrome.com |
| Facsimile: (302) 425-6464 | |
| Email: kelbon@blankrome.com | |
| Email: root@blankrome.com | |

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned debtor and debtor in possession (the "Debtor") or the property of the

---

[1] The last four digits of the Debtor's Tax I.D. No. is 8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.

Debtor, or any of the rights or interests held or asserted by the Committee with respect to the Debtor or property of the Debtor.

***PLEASE TAKE FURTHER NOTICE*** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Committee.

Dated: February 17, 2011               **BLANK ROME LLP**

*/s/ Alan M. Root*_____
Regina Stango Kelbon (No. 5444)
Alan M. Root (No. 5427)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Facsimile: (302) 425-6464
Email: kelbon@blankrome.com
Email: root@blankrome.com

and

John E. Lucian
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5500
Facsimile: (215) 569-5555
Email: lucian@blankrome.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of AES Thames, L.L.C.*