IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AES THAMES, L.L.C.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 11-10334 (KJC) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 28, 2011 AT 1:30 P.M. (ET)

**CONTINUED MATTERS**

1. Motion of the Debtor and Debtor in Possession for Order Authorizing the Rejection *Nunc Pro Tunc* of the Steam Sale Agreement [Docket No. 9, filed 2/1/11]

    Related Documents:

    a. Notice of Motion [Docket No. 27, filed 2/3/11]

    b. Re-Notice of Motion [Docket No. 44, filed 2/15/11]

    Objection/Response Deadline: February 18, 2011 at 4:00 p.m. (ET); Extended to March 15, 2011 at 4:00 p.m. (ET) for Creditors' Committee

    Objections/Responses Received: None to date

    Status: This matter has been re-noticed to the omnibus hearing scheduled for March 30, 2011 at 3:00 p.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (CNO)**

2. Motion of the Debtor and Debtor in Possession for an Order Granting Extension of Time for Filing Schedules and Statements [Docket No. 38, filed 2/8/11]

    Related Documents:

    a. Certificate of No. Objection [Docket No. 52, filed 2/22/11]

    b. Proposed Order

---

[1] The Debtor's Tax I.D. No. is xx-xxx8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.
[2] **Amended information reflected in bold.**

Objection/Response Deadline: February 18, 2011 at 4:00 p.m. (ET)

Objections/Responses Received: None to date.

Status: A certificate of no objection has been filed and a proposed form of order has been submitted in accordance with the Court's procedures.

**CONTESTED MATTERS GOING FORWARD**

3. Motion of the Debtor and Debtor in Possession for Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (II) Deeming Utilities Adequately Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payment Pursuant to Bankruptcy Code Sections 105 and 366 and Local Rule 9013-1(m) [Docket No. 6, filed 2/1/11]

   Related Documents:

   a. Interim Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (II) Deeming Utilities Adequately Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payment Pursuant to Bankruptcy Code Sections 105 and 366 and Local Rule 9013-1(m) [Docket No. 23, entered 2/3/11]

   b. Notice of Motion [Docket No. 25, filed 2/3/11]

   Objection/Response Deadline: February 18, 2011 at 4:00 p.m. (ET)

   Objections/Responses Received: None to date

   Status: This matter is going forward.

4. Motion of the Debtor and Debtor in Possession for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 8, filed 2/1/11]

   Related Documents:

   a. Interim Order (I) Authorizing Debtor's Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to CL&P and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 22, entered 2/3/11]

   b. Notice of Motion [Docket No. 26, filed 2/3/11]

   c. Re-Notice of Motion [Docket No. 43, filed 2/15/11]

   Objection/Response Deadline: February 18, 2011 at 4:00 p.m. (ET); Extended to March 15, 2011 at 4:00 p.m. (ET) for Creditors' Committee and CL&P

Objections/Responses Received:

d. Limited Objection of the Connecticut Light and Power Company to Motion of Debtor and Debtor in Possession for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 53, filed 2/23/11]

e. Response of Debtor to Limited Objection of the Connecticut Light and Power Company to Motion of the Debtor and Debtor in Possession for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 56, filed 2/23/11]

f. **Motion for Leave to File Reply of the Connecticut Light and Power Company to Debtor's Response to Limited Objection of the Connecticut Light and Power Company to Motion of the Debtor and Debtor in Possession for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 64, filed 2/25/11]**

**Status: The Final Hearing was adjourned from February 28, 2011 at the request of CL&P and the Debtor and has been re-noticed to the omnibus hearing scheduled for March 30, 2011 at 3:00 p.m. (ET). To the extent the limited objection of CL&P filed on February 23, 2011 and the reply of CL&P filed on February 25, 2011 seeks to terminate the Debtor's use of cash collateral after February 28, 2011, this matter will go forward.**

5. Application of the Debtor and Debtor in Possession to Approve the Employment and Retention of Landis Rath & Cobb LLP as Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 10, filed 2/1/11]

    Related Documents:

    a. Notice of Application [Docket No. 28, filed 2/3/11]

    Objection/Response Deadline: February 18, 2011 at 4:00 p.m. (ET)

    Objections/Responses Received:

    b. Informal comments from the U.S. Trustee

    Additional Related Documents:

    c. Supplemental Affidavit of Adam G. Landis in Support of Application of the Debtor and Debtor in Possession to Approve the Employment and Retention of Landis Rath & Cobb LLP as Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 55, filed 2/24/11]

    d. **Certification of Counsel [Docket No. 62, filed 2/25/11]**

**Status: A certification of counsel has been filed and a revised proposed form of order has been submitted in accordance with the Court's procedures.**

6. Motion of the Debtor and Debtor in Possession to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code [Docket No. 11, filed 2/1/11]

    Related Documents:

    a. Notice of Motion [Docket No. 29, filed 2/3/11]

    Objection/Response Deadline: February 18, 2011 at 4:00 p.m. (ET)

    Objections/Responses Received:

    b. Informal comments from the U.S. Trustee

    **c. Certification of Counsel [Docket No. 63, filed 2/25/11]**

    **Status: A certification of counsel has been filed and a revised proposed form of order has been submitted in accordance with the Court's procedures.**

Dated: February 25, 2011　　　　　　**LANDIS RATH & COBB LLP**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　/s/ signature
　　　　　　　　　　　　　　　　　　Adam G. Landis (No. 3407)
　　　　　　　　　　　　　　　　　　Kerri K. Mumford (No. 4186)
　　　　　　　　　　　　　　　　　　Matthew B. McGuire (No. 4366)
　　　　　　　　　　　　　　　　　　Jeffrey R. Drobish (No. 5437)
　　　　　　　　　　　　　　　　　　919 Market Street, Suite 1800
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 467-4400
　　　　　　　　　　　　　　　　　　Facsimile: (302) 467-4450
　　　　　　　　　　　　　　　　　　Email: landis@lrclaw.com
　　　　　　　　　　　　　　　　　　　　　　　mumford@lrclaw.com
　　　　　　　　　　　　　　　　　　　　　　　mcguire@lrclaw.com
　　　　　　　　　　　　　　　　　　　　　　　drobish@lrclaw.com

　　　　　　　　　　　　　　　　　　*Proposed Counsel to Debtor and Debtor in Possession*