# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AES THAMES, L.L.C.,[1] | Case No. 11-10334 (KJC) |
| Debtor. | Ref. Nos. 38 & 52 |

## ORDER GRANTING THE MOTION OF THE DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER GRANTING EXTENSION OF TIME FOR FILING SCHEDULES AND STATEMENTS

Upon consideration of Motion of the Debtor and Debtor In Possession for an Order Granting Extension of Time for Filing Schedules and Statements (the "Motion");[2] and sufficient cause appearing therefor; and the Court having jurisdiction to hear the Motion; and it appearing that sufficient notice of the Motion has been given; and it appearing that the relief requested by the Motion is in the best interests of the Debtor's estate; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the fourteen day (14) period within which the Debtor must file the Schedules and Statements shall be and is hereby extended thirty (30) additional days to and including March 17, 2011, (the "Filing Deadline"); and it is further

ORDERED that such extension is without prejudice to the Debtor's right to request a further extension of time within which to file the Schedules and Statements; and it is further

ORDERED that no further or additional notice of the Motion is required; and it is further

---

[1] The Debtor's Tax I.D. No. is xx-xxx8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

{864.001-W0012916.}

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Feb 25, 2011
Wilmington, Delaware

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

{864.001-W0012916.}