# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AES THAMES, L.L.C.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 11-10334 (KJC) |

## SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

## GLOBAL NOTES

These Global Notes and Disclaimers (the "Global Notes") regarding the Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFA") for AES THAMES, L.L.C., (the "Debtor" or the "Company") are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA.

1. The Schedules and SOFA have been prepared by the Company's management, with the assistance of its advisors, and are unaudited. While management of the Company has made every effort to ensure that the Schedules and SOFA are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes to the financial data contained in the Schedules and SOFA, and inadvertent errors or omissions may exist. To the extent the Company discovers a material error or omission, or becomes aware of additional information that may suggest a material difference, the Company will amend the Schedules or SOFA to reflect such changes. Accordingly, the Company does not make any representation or warranty as to the completeness or accuracy of the information set forth herein and reserves all rights to amend the Schedules or SOFA as may be necessary or appropriate.

2. On February 1, 2011 (the "Petition Date"), the Debtor filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for reorganization under chapter 11 of title 11, United States Code (as amended, the "Bankruptcy Code") under case number 11-10334 (KJC). The Debtor currently is operating its business as a debtor in possession under the Bankruptcy Code.

3. There may be instances within the Schedules and SOFA where certain information has intentionally been altered or revised due to the nature of an agreement between the Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. The alterations have

---

[1] The Debtor's Tax I.D. No. is xx-xxx8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.

been limited to only what is necessary to protect the Debtor or third party and provide interested parties with sufficient information to discern the nature of the listing.

4. The Debtor has excluded certain categories of assets and liabilities from the Schedules and Statements, such as goodwill, deferred compensation, accrued salaries, employee benefit accruals, post-retirement benefits, deferred taxes and deferred gains. Other immaterial assets and liabilities also may have been excluded.

5. The Debtor has sought to allocate liabilities between prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change, and the Debtor reserves the right to change such allocation.

6. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Company's property interests. Accordingly, unless otherwise indicated, the Company's assets and liabilities are shown on the basis of their net book value as of January 31, 2011, except for the facility identified on Schedule A, which is book valued less accumulated depreciation. The coal and limestone inventories listed on SOFA 20(a) and Schedule B are tracked on a first-in-first-out (FIFO) basis. The Debtor reserves the right to amend or adjust the value of each asset and liability set forth herein.

7. Any failure to designate a claim listed in the Schedules or SOFA as disputed, contingent or unliquidated does not constitute an admission by the Company that such amount is not disputed, contingent or unliquidated. The Company reserves all of its rights with respect to the claims listed in the Schedules or SOFA, including, without limitation, the right to assert offsets or defenses to any claim reflected on the SOFA, or to further amend the SOFA to (i) dispute any claim on any basis, including, without limitation, as to amount, liability or classification or (ii) designate any claim as disputed, contingent or unliquidated.

8. The claims of creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Company's books and records and generally do not reflect credits or allowances that may be due from such creditors to the Company. The Company reserves all of its rights regarding any and all such credits and allowances.

9. The Company has sought to discover and properly classify all claims and interests in this case, and to list all claims and interests against this estate accurately and completely. The Schedules or SOFA should not be considered the final determination of the Company's assets and liabilities, but rather the Company's current compilation of such information based on its investigations to date.

10. Despite the applicable reasonable efforts to identify all known assets, the Company may not have set forth all of its causes of action or potential causes of action against third parties as assets in the Schedules and SOFA, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other

2

applicable non-bankruptcy laws to recover assets. The Company reserves all rights with respect to any claims, causes of action or avoidance actions it may have and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such claim, causes of action or avoidance action or in any way prejudice or impair the assertion of such claim.

11. By separate orders of the Bankruptcy Court entered on February 3, 2011, the Company was authorized (but not directed) to pay, among other things, certain prepetition claims of employees and certain vendors. Consequently, certain prepetition fixed, liquidated and undisputed priority and general unsecured claims have been or may be paid under this authority.

12. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Company reserves the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Company may have scheduled claims of various creditors as secured claims, the Company reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor agreement) related to such creditor's claim. In certain instances, the Debtor may be a co-obligor or guarantor with respect to scheduled claims and no claim set forth on Schedule D of the Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable contracts and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated herein, utility companies and other parties which may hold security deposits have not been listed on Schedule D.

Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D. The Debtor has not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor or inchoate statutory lien rights.

13. Schedule E does not include amounts for outstanding wages, salaries and commissions as the precise amount potentially owing to each employee is presently unknown. The Debtor estimates that as of the Petition Date, there was approximately $20,000 in accrued overtime wages and salary was outstanding and approximately $113,000 in accrued personal time off was outstanding. Pursuant to an order of the Bankruptcy Court entered on February 3, 2011, the Debtor believes that substantially all of these obligations have been satisfied or will be satisfied in the ordinary course of business.

The listing of a claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority under section 507 of the Bankruptcy Code.

14. Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts, however, are reflected on the Company's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Company does not list a date for each claim listed on Schedule F. Schedule F contains information regarding pending litigation involving the Company.

15. The Debtor has included certain workers' compensation claims on its Schedule F. However, such inclusion is not an admission that any claim is appropriately asserted against the Company; instead such claims have been included for purposes of completion and notice since it is not clear which entity the claims are being asserted against.

    The liabilities identified in Schedule F are derived form the Debtor's books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by the Debtor to set forth its unsecured obligations. Accordingly, the actual amount of claims against the Debtor may vary form the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all secured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset valued and aggregate liabilities in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtor and its professionals have generated financials the Debtor believes to be reasonable, actual liabilities and assets may deviate from the Schedules and SOFAs due to certain events that occur during the case.

16. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusion may have occurred. The Company hereby reserves all rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other document, instruments and agreements which may not be listed therein. Also, Schedule G is intended to contain all of the Company's contracts and agreements as of the Petition Date. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date. The presence of a contract or agreement on Schedule G does not constitute an admission by the Company that such contract or agreement is an executory contract or unexpired lease.

4

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Company may have entered into various other types of agreements in the ordinary course of business, such as easements, right of way, subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth in Schedule G.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Company reserves all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor agreement) related to a creditor's claim. Finally, certain of the executory agreements may not have been memorialized and could be subject to dispute.

The Debtor has not included contracts that comprise the general terms and conditions for vendor or service agreements.

The Debtor specifically reserves the right to amend, modify, supplement, correct, change or alter any part of its Schedules and SOFAs as and to the extent necessary.

17. All totals that are included in the Schedules and SOFA represent totals of all the known amounts included in the tables.

# United States Bankruptcy Court
## District of Delaware

In re: **AES Thames, L.L.C.**  Debtor(s)

Case No. **11-10334 (KJC)**
Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $11,450,000.00 | | |
| B - Personal Property | Yes | 3 | $145,297,507.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $365,976.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $5,563,799.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| TOTAL | | 12 | $156,747,507.00 | $5,929,775.10 | |

In re    **AES Thames, L.L.C.**            Case No. __11-10334 (KJC)__

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Power Plant - Buildings**<br>**141 Depot Road**<br>**Uncaseville, CT 06382** | **Purchased / Owned** | - | 11,450,000.00 | Unknown |

 

Sub-Total >     11,450,000.00     (Total of this page)

Total >     11,450,000.00

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **AES Thames, L.L.C.**                      Case No.   **11-10334 (KJC)**

Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash Fund** | - | 400.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cash - Bank Accounts** | - | 11,401,468.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                                                                                                        Sub-Total >     **11,401,868.00**
                                                                                                                               (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re  **AES Thames, L.L.C.**                                          Case No. __11-10334 (KJC)__
                               Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Trade Receivables** | - | 1,776,575.00 |
|  | | **Intercompany Receivables - AES Corp.** | - | 47,611.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **1,824,186.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re  **AES Thames, L.L.C.**  Case No. __11-10334 (KJC)__
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1 Truck | - | 1,920.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment / Furniture | - | 80,103.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Plant Machinery & Equipment | - | 125,801,036.00 |
| 30. Inventory. | | Coal, Limestone, Chemicals, Fuel Oil, Spare Parts | - | 5,572,692.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Computer Hardware & Software | - | 615,702.00 |

Sub-Total >  **132,071,453.00**
(Total of this page)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Total >  **145,297,507.00**

(Report also on Summary of Schedules)

In re  AES Thames, L.L.C. , Case No. 11-10334 (KJC)
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Connecticut Light & Power Company<br>PO Box 270<br>Hartford, CT 06141-0270 | X | - | CL&P has asserted that obligations under the Electricity Purchase Agreement dated December 6, 1985 are secured by a security agreement covering various debtor property<br><br>Value $ Unknown | X | X | X | Unknown | Unknown |
| Account No.<br><br>Komatsu Financial Limited Partnership<br>One Continental Towers<br>1701 W. Golf Road<br>Suite 300<br>Rolling Meadows, IL 60008 | | - | One New Komatsu D155AX-6 Crawler Dozer S/N 80827 w/Rockland 32 YD Coal Dozer Blade S/N R54888<br><br>Value $ Unknown | X | X | | 365,976.00 | Unknown |
| Account No.<br><br><br><br>  | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br>  | | | <br><br>Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 365,976.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 365,976.00 | 0.00 |

In re   **AES Thames, L.L.C.**                                    Case No.  __11-10334 (KJC)__
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__ continuation sheets attached

In re  **AES Thames, L.L.C.**  Case No. __11-10334 (KJC)__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**See Attached List** | | - | | | | | 5,563,799.10 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | Subtotal (Total of this page) | 5,563,799.10 |
|---|---|---|
| __0__ continuation sheets attached | Total (Report on Summary of Schedules) | 5,563,799.10 |

AES THAMES, L.L.C.
Case No. 11-10334 (KJC)

Schedule F

| Name | Last 4 Digits of Acct No(s). | Street | City | State | Zip | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| ABBYS CONTRACTING | 0038 | 721 RT 32 | UNCASVILLE | CT | 06382 | | | | $ 2,095.45 |
| ABF FREIGHT SYSTEM, INC. | 4618 | PO BOX 173 | PLAINFIELD | CT | 06374-0173 | | | | $ 136.75 |
| ABINGTON GROUP INC | 0039, 1011 | PO BOX 5060 | PORTSMOUTH | NH | 03802 | | | | $ 16,113.36 |
| ADP INC | 5923 | P.O. BOX 7247-0372 | PHILADELPHIA | PA | 19170-0372 | | | | $ 373.53 |
| AGGREKO LLC | 6820 | 11 AIRPORT ROAD | HOPEDALE | MA | 01747-1547 | | | | $ 2,407.72 |
| ALPHA COAL SALES CO. LLC | 1959 | ONE ALPHA PLACE PO BOX 2345 | ABINGDO | VA | 24210 | | | | $ 502,934.58 |
| ALSTOM POWER INC | 0046 | 1119 RIVERFRONT PARKWAY | CHATTANOOGA | TN | 37402 | | | | $ 1,710.00 |
| ALTRANSOLUTIONS | 6999 | 2525 ROUTE 130 | CRANBURY | NJ | 08512 | | | | $ 17,743.00 |
| AMERICAN EXPRESS | 7035 | PO BOX 1270 | NEWARK | NJ | 07101-1270 | | | | $ 2,048.76 |
| AMERICAN MARINE & CARGO, INC. | 6830 | 2700 BROENING HWY., SHED 6 | BALTIMORE | MD | 21222 | | | | $ 4,866.00 |
| ANALYTICAL CONSULTING TECHOLOCYIN | 7108 | 168 RAILROAD HILL ST | WATERBURY | CT | 06708 | | | | $ 846.34 |
| ANCHOR INSULATION CO, INC | 0003, 1022 | 435 NARRAGANSETT PARK DR | PAWTUCKET | RI | 02861-4321 | | | | $ 9,981.80 |
| APPLIED INDUSTRIAL TECH | 0255 | 190 BURNHAM ST | SOUTH WINDSOR | CT | 06074 | | | | $ 132.60 |
| AT&T INC | 1958, 2659, 0397 | PO BOX 5019 | CAROL STREAM | IL | 60197-5019 | | | | $ 6,544.30 |
| AT&T INC | 1958, 2659, 0397 | PO BOX 8110 | AURORA | IL | 60507-8110 | | | | $ 2,323.08 |
| ATLAS COPCO COMPRESSORS, LLC. | 5645 | 11 WILLOW ROAD | AYER | MA | 01432 | | | | $ 238,150.44 |
| BANK OF AMERICA BUSINESS CARD | 0046 | PO BOX 15710 | WILMINGTON | DE | 19886-5710 | | | | $ 870.87 |
| BARRY, J.S. | 2937 | PO BOX 6426 | MANCHESTER | NH | 03108-6426 | | | | $ 3,785.00 |
| BEETHAM, JR., HOWARD R. | N/A | 60 Riverview Drive | Uncasville | CT | 06382 | x | x | | unliquidated |
| BERGEMANN, CLYDE | 3229 | 7380 COCA-COLA DRIVE, SUITE 126 | HANOVER | MD | 21076 | | | | $ 6,827.07 |
| BLACKBURN PRO CLEANING | 0011 | 132 CROSS ROAD | WATERFORD | CT | 06385 | | | | $ 3,824.00 |
| BURLINGTON SAFETY LABORATORY | 7670 | 2009 ROUTE 130 P.O. BOX 1402 | BURLINGTON | NJ | 08016 | | | | $ 235.08 |
| CAOUETTE, STEVE | N/A | 1570 Old Colchester Road | Oakdale, CT 06370 | CT | 06370 | | | | $ 17,484.32 |
| CAOUETTE, STEVEN P. C/O CHARTIS INC. | N/A | P.O. Box 1821 | Alpharetta | GA | 30023 | x | x | | unliquidated |
| CHEMTREAT INC | 7917 | 4461 COX ROAD STE 300 | GLEN ALLEN | VA | 23060-3331 | | | | $ 29,326.81 |
| CHRISTOPHER SIROIS C/O MCCOY & MCCOY | N/A | 20 Church St. 17th Fl, Ste 1720 | Hartford | CT | 06103 | x | x | | unliquidated |
| COMMERCIAL DIVING SERVICES, LLC. | 1755 | 93 WHIPPORWILL HOLLOW ROAD | NORTH FRANKLIN | CT | 06254 | | | | $ 32,495.00 |
| CONNECTICUT COMMISSIONER OF ENVIRONMENTAL PROTECTION | N/A | 79 Elm Street | Hartford | CT | 06106-5127 | x | x | | unliquidated |
| COUNTY HEARING & BALANCE | 8217 | 167 PARKWAY NORTH | WATERFORD | CT | 06385 | | | | $ 215.00 |
| CRYSTAL ROCK BOTTLED WATER | 2598 | PO BOX 10028 | WATERBURY | CT | 06725 | | | | $ 393.33 |
| CSX TRANSPORTATION INC. | 2188 | PO BOX 44054 | JACKSONVILLE | FL | 32231-4054 | | | | $ 292,429.31 |
| DEAN & ALLYN INC | 0049 | PO BOX 709 | GRAY | ME | 04039 | | | | $ 2,540.00 |
| DELTA/DUCON CONVEYING INC | 8423 | 40 LLOYD AVE SUITE 204/206 | MALVERN | PA | 19355 | | | | $ 1,476.00 |
| DIVAL SAFETY EQUIPMENT INC | 8499 | 1721 NIAGARA STREET | BUFFALO | NY | 14207 | | | | $ 515.55 |
| EAST RIVER ENERGY | 2726, 8653 | PO BOX 388 | GUILFORD | CT | 06437 | | | | $ 234,164.82 |
| E-MAX INSTRUMENTS, INC | 2882 | 13 INVERNESS WAY SOUTH | ENGLEWOOD | CO | 80112 | | | | $ 361.50 |
| ENGINEERED FILTRATION, INC. | 3029 | PO BOX 898 | MANCHESTER | CT | 06045 | | | | $ 534.84 |
| ENVIRONMENTAL CONSULTING LABORATOR | 8837 | 1005 BOSTON POST ROAD | MADISON | CT | 06443 | | | | $ 3,395.00 |
| FASTENAL COMPANY | 8965 | 82 BOSTON POST ROAD UNIT 4 | WATERFORD | CT | 06385 | | | | $ 3,005.51 |
| FISHER, DAVID | N/A | 50 Edmond Road | Griswold, CT 06351 | CT | 06351 | | | | $ 18,422.03 |
| FLEET PRIDE INC | 3308 | 269 STATE ST | NORTH HAVEN | CT | 06473 | | | | $ 320.00 |
| GRAVER WATER SYSTEMSINC | 9437 | COLLECTION CENTER DR | CHICAGO | IL | 60673 | | | | $ 3,132.65 |
| HAROLD BECK AND SONS INC | 9556 | 11 TERRY DRIVE | NEWTOWN | PA | 18940 | | | | $ 811.22 |
| HARSCO INFRASTRUCTURE | 2793 | 4465 CAMPBELLS RUN ROAD | PITTSBURGH | PA | 15205 | | | | $ 20,510.90 |
| HAYWARD TYLER INC | 9622 | 46 ROOSEVELT HWY | COLCHESTER | VT | 05446 | | | | $ 1,000.00 |
| HEADWATERS RESOURCES, INC. | 9632 | P.O. BOX 843922 | DALLAS | TX | 75284-3922 | | | | $ 1,021,536.02 |
| HISCO INC. | 5459 | 4 MOSEY DRIVE | BLOOMFIELD | CT | 06002 | | | | $ 59.94 |
| HOPENN | 9731 | 225 RICHARD STREET | NEWINGTON | CT | 06111 | | | | $ 5,182.06 |
| HUBBARD-HALL, INC. | 4347, 9776 | P.O. BOX 790 | WATERBURY | CT | 06720-0790 | | | | $ 18,513.20 |
| HUBBELL INDUSTRIAL CONTROLS INC | 9777 | 4301 CHEYENNE DRIVE | ARCHDALE | NC | 27263 | | | | $ 345.00 |
| ICG, LLC | 8447 | 300 CORPORATE CENTRE DRIVE | SCOTT DEPOT | WV | 25560 | | | | $ 1,205,118.10 |
| IKON FINANCIAL SERVICES | 4018 | P O BOX 650016 | DALLAS | TX | 75265-0016 | | | | $ 814.27 |
| INDEPENDENT ELEVATOR CO. LLC. | 4078 | 84 ZEYA DR. | COVENTRY | CT | 06238 | | | | $ 5,917.45 |
| KLEINSCHMIDT ENERGY & WATER RESOURC | 0090 | 35 PRATT STREET STE 201 | ESSEX | CT | 06426 | | | | $ 21,702.39 |
| KOMATSU FINANCIAL | 0308 | PO BOX 99303 | CHICAGO | IL | 60693-9303 | | | | $ 12,099.30 |
| LABOR READY NORTHEAST INC | 0092 | PO BOX 20145 | PHILADELPHIA | PA | 19182-0145 | | | | $ 554.85 |

W0013586.XLS
Page 1 of 2
3/17/2011 at 3:24 PM

| Name | Last 4 Digits of Acct No(s). | Street | City | State | Zip | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| LINCOLN SERVICE AND EQUIPMENT | 3217 | 9 COMMERCE CIRCLE | DURHAM | CT | 06422 | | | | $ 501.55 |
| MAGID GLOVE & SAFETY MFG CO LLC | 0582 | 2060 N KOLMAR AVE | CHICAGO | IL | 60639-3483 | | | | $ 3,798.61 |
| MCMASTER-CARR SUPPLY CO | 0728 | PO BOX 7690 | CHICAGO | IL | 60680-7690 | | | | $ 27.03 |
| MIDWESCO FILTER RESOURCES INC | 0859 | 385 BATTAILE DRIVE | WINCHESTER | VA | 22601 | | | | $ 9,269.55 |
| MONTVILLE DARE | 0279 | 310 NORWICH NEW LONDON TURNPIKE | UNCASVILLE | CT | 06382 | | | | $ 200.00 |
| MONTVILLE HARDWARE STORE | 0932 | PO BOX 507 | UNCASVILLE | CT | 06382 | | | | $ 856.78 |
| MORAN TOWING CORPORATION | 2131 | 50 LOCUST AVENUE | NEW CANAAN | CT | 06840 | | | | $ 787,790.44 |
| MOTION INDUSTRIES INC | 0959 | PO BOX 764 | EAST WINDSOR | CT | 06088 | | | | $ 1,500.14 |
| MSC INDUSTRIAL SUPPLY CO INC | 0980 | 151 SUNNYSIDE BOULEVARD | PLAINVIEW | NY | 11803 | | | | $ 527.54 |
| NORTH AMERICAN IND SVC INC | 6410 | 1240 SARATOGA RD | BALLSTON SPA | NY | 12020 | | | | $ 12,468.75 |
| O KEEFE | 1189 | PO BOX Q | TRUMBULL | CT | 06611 | | | | $ 1,488.30 |
| OCEAN STATE TECHNICAL SVC LLC | 0122 | 55 CHAPMAN STREET | PROVIDENCE | RI | 02905-5405 | | | | $ 862.15 |
| OMEGA ENGINEERING INC | 1255 | PO BOX 14001 | NEW YORK | NY | 10005 | | | | $ 936.02 |
| P & H CONSTRUCTION | 1327 | 410 MAPLE AVE | UNCASVILLE | CT | 06382 | | | | $ 8,480.00 |
| P & J TRUCKING INC. | 0276 | PO BOX 363 | UNCASVILLE | CT | 06382 | | | | $ 1,317.70 |
| PHOENIX INSTRUMENTS, INC | 7000 | 65 NORTH PLAINS INDUSTRIAL RD | WALLINGFORD | CT | 06492 | | | | $ 763.60 |
| PIELA ELECTRIC, INC | 7012 | 16 HALLS MILL RD | PRESTON | CT | 06365 | | | | $ 151.68 |
| PRAXAIR INC | 6758, 4509 | 145 SHIMERSVILLE RD. | BETHLEHEM | PA | 18015 | | | | $ 514.65 |
| PRAXAIR INC | 6758, 4509 | DEPT CH 10660 | PALATINE | IL | 60055-0660 | | | | $ 503.50 |
| PRICE, ROBERT | N/A | 118 Ensign Drive | Mystic, CT 06355 | CT | 06355 | | | | $ 54,833.36 |
| PROCESS COMPONENTS, INC | 7237, 6610 | PO BOX 99 | FRANKLIN | CT | 06254 | | | | $ 624.52 |
| PSC INDUSTRIAL OUTSOURCING INC | 4587 | 115 MAIN STREET UNIT 4B | MONROE | CT | 06468 | | | | $ 4,255.30 |
| PULSAFEEDER INC (MARTELL 80010637) | 6078 | PO BOX 96053 | CHICAGO | IL | 60693 | | | | $ 226.27 |
| QUALITY BABBITTING SERVICE INC | 4639 | 25 PHEASANT RUN | EAST KINGSTON | NH | 03827 | | | | $ 1,586.00 |
| R BLINDERMAN MOTOR LINES, INC. | 2275 | 70 FOSTER ROAD | WATERFORD | CT | 06385 | | | | $ 435.70 |
| ROSEMOUNT INC | 4885 | 8200 MARKET BLVD. | CHANHASSEN | MN | 55317 | | | | $ 2,885.27 |
| SCHULZ ELECTRIC | 5032 | 30 GANDO AVE | NEW HAVEN | CT | 06513 | | | | $ 34,184.00 |
| SENIOR FLEXONICS PATHWAY | 5089 | 2400 LONGHORN INDUSTRIAL DR | NEW BRAUNFELS | TX | 78130 | | | | $ 8,668.52 |
| SETON IDENTIFICATION AND SAFETY EXP | 6600 | PO BOX 819 | BRANFORD | CT | 06405 | | | | $ 393.74 |
| SGS NORTH AMERICA, INC | 1754 | PO BOX 2502 | CAROL STREAM | IL | 60132-2502 | | | | $ 7,605.45 |
| SHIPMANS FIRE EQUIPMENT CO IN | 5134 | 172 CROSS ROAD | WATERFORD | CT | 06385 | | | | $ 295.32 |
| SMOOT COMPANY | 5247 | 1250 SEMINARY STREET | KANSAS CITY | KS | 66103 | | | | $ 19,914.60 |
| SMURFIT-STONE CONTAINER CORP. | N/A | 125 Depot Road, PO Box 1500 | Uncasville | CT | 06382 | x | x | x | unliquidated |
| SOPUS PRODUCTS (DENNISON LUBRICANTS - 10004119) | 5278 | PO BOX 7247-6236 | PHILADELPHIA | PA | 19170-6236 | | | | $ 695.72 |
| ST. JUDE CHILDREN'S RESEARCH HOSPIT | 0275 | 501 ST. JUDE PLACE | MEMPHIS | TN | 38105 | | | | $ 50.00 |
| STAPLES | 5405 | PO BOX 689020 | DES MOINES | IA | 50368-9020 | | | | $ 476.53 |
| STATE OF CONN. DEPT. OF MOTOR VEH | 2133 | PO BOX 150444 | HARTFORD | CT | 06115 | | | | $ 7.50 |
| STATE OF CONNECTICUT DEPT. OF ENV. | 0126 | CENTRAL PERMIT PROCESSING UNIT | 79 Elm St. | Hartford | 06106-5127 | | | | $ 5,447.83 |
| THE AES CORPORATION | N/A | 4300 WILSON BOULEVARD | ARLINGTON | VA | 22203 | | | | $ 760,957.48 |
| THE HILLERY CO | 4203 | 739 MERIDIAN ST EXT. | GROTON | CT | 06340 | | | | $ 739.24 |
| TOWN OF MONTVILLE WPCA | 1760 | 310 NORWICH / NEW LONDON TPKE | UNCASVILLE | CT | 06382 | | | | $ 248.30 |
| UNIFIRST CORP | 6083 | 205 GARFIELD AVENUE | STRATFORD | CT | 06497 | | | | $ 374.16 |
| UNITED PARCEL SERVICE | 6108 | PO BOX 7247-0244 | PHILADELPHIA | PA | 19170-0001 | | | | $ 30.39 |
| UPS | 2247 | PO BOX 7247-0244 | PHILADELPHIA | PA | 19170-0001 | | | | $ 221.16 |
| VACUUM INDUSTRIAL PRODUCTS | 4501 | 2025 PRAIRIE AVE | DOWNERS GROVE | IL | 60515 | | | | $ 3,422.73 |
| VERIZON WIRELESS | 4036 | PO BOX 25505 | LEHIGH VALLEY | PA | 18002-5505 | | | | $ 637.69 |
| WALCO ELECTRIC CO | 6342 | 303 ALLENS AVE | PROVIDENCE | RI | 02905 | | | | $ 19,695.64 |
| YANKEE GAS | 2479 | PO BOX 150492 | HARTFORD | CT | 06115-0492 | | | | $ 16,709.71 |
| ZAMPELL REFRACTORIES | 0065, 6576 | 2 RIDGE ROAD | PUTNAM | CT | 06260 | | | | $ 7,892.88 |
| Total | | | | | | | | | $ 5,563,799.10 |

In re    **AES Thames, L.L.C.**                                                               Case No.   **11-10334 (KJC)**

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| AT&T Corp.<br>One AT&T Way<br>Bedminster, NJ 07921-0752 | AT&T Managed Internet Service - T1 Line<br>Dated 10/11/07 |
| AT&T Mobility National Accounts LLC<br>P.O. Box 6463<br>Carol Stream, IL 60197 | AT&T Mobile Business Agreement<br>Version 7-B<br>Contract Request Number: 515487<br>Dated 2/12/09 |
| Connecticut Light & Power Company<br>PO Box 270<br>Hartford, CT 06141-0270 | Electricity Purchase Agreement<br>Dated 12/6/85<br>25 year contract expiring March 5, 2015 for 181MW and PPA Prepayment Agreement |
| Connecticut Light & Power Company<br>PO Box 270<br>Hartford, CT 06141-0270 | First Amendment to Electricity Purchase Agreement<br>Dated 9/30/99 |
| CSX Transportation<br>Attn: Director - Utility North<br>500 Water Street - J842<br>Jacksonville, FL 32202 | Rail Transportation Agreement<br>CSXT-C-82960<br>Dated 3/3/05<br>10 Year rail transportation contract expiring March 2015 |
| Headwaters Resources, Inc.<br>Attn: Julie Fisher<br>10653 South River Front Parkway<br>Suite 300<br>South Jordan, UT 84095 | Ash Management Agreement<br>Dated 3/9/05<br>10 Year Ash transport contract expiring March 2015 |
| IKON Financial Services<br>1738 Bass Road<br>Macon, GA 31210 | Image Management Plus Agreement<br>Dated 7/21/05 |
| IKON Financial Services<br>1738 Bass Road<br>Macon, GA 31210 | Revised Maintenance & Sale Agreement<br>Dated 10/31/07 |
| Moran Towing Corporation<br>Attn: Susanne Ogle-Conroy<br>50 Locust Avenue<br>New Canaan, CT 06840 | AES Thames/Moran Dry Bulk Carriers Transporation Agreement<br>10 Year Barge transportation contract expiring March 2015 |
| Smurfit Stone-Container Corp.<br>125 Depot Rd.<br>Uncasville, CT 06382 | Steam Sale Agreement between Stone Connecticut Paperboard Corporation and AES Thames Inc. dated as of September 24, 1986 |

   **1**
      _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **AES Thames, L.L.C.**                                   Case No. __11-10334 (KJC)__
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Smurfit Stone-Container Corp.**<br>**125 Depot Rd.**<br>**Uncasville, CT 06382** | **Ground Lease between Stone Connecticut Paperboard Corporation and AES Thames Inc.** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **AES Thames, L.L.C.**                                    Case No.   **11-10334 (KJC)**
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **AES Connecticut Management, Inc.**<br>2711 Centerville Road<br>Wilmington, DE 19808<br>   Amended and Restated Guarantee<br>Dated November 30, 1990 | **Connecticut Light & Power Company**<br>PO Box 270<br>Hartford, CT 06141-0270 |
| **The AES Corporation**<br>(as successor by change of name to<br>Applied Energy Services, Inc.)<br>4300 Wilson Boulevard<br>Arlington, VA 22203<br>   Amended and Restated Guarantee<br>Dated November 30, 1990 | **Connecticut Light & Power Company**<br>PO Box 270<br>Hartford, CT 06141-0270 |

**0**
___ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re AES Thames, L.L.C. | Case No. | 11-10334 (KJC) |
| Debtor(s) | Chapter | 11 |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __13__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 17, 2011**  Signature /s/ Brian Chatlosh
Brian Chatlosh
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.