IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AES THAMES, L.L.C.,[1] | Case No. 11-10334 (KJC) |
| Debtor. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 23, 2011 AT 10:00 A.M. (ET)

[THIS HEARING IS CANCELLED WITH PERMISSION FROM THE COURT]

RESOLVED MATTERS

1. Debtor's Motion to Assume the Ground Lease with Smurfit-Stone Container Corporation Pursuant to Bankruptcy Code Section 365 [Docket No. 200, filed 5/16/11]

   Related Documents:

   a. Supplement to Debtor's Motion to Assume the Ground Lease with Smurfit-Stone Container Corporation Pursuant to Bankruptcy Code Section 365 [Docket No. 259, filed 6/28/11]

   Objection/Response Deadline: May 26, 2011 at 4:00 p.m. (ET); Extended to May 27, 2011 for UST and June 22, 2011 for Smurfit-Stone

   Objections/Responses Received:

   a. Limited Response of the Official Committee of Unsecured Creditors to Debtor's Motion to Assume the Ground Lease with Smurfit-Stone Container Corporation Pursuant to Bankruptcy Code Section 365 [Docket No. 209, filed 5/26/11]

   Status: This matter is resolved pending final documentation.

CONTINUED MATTERS

2. Motion of the Debtor and Debtor in Possession for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 8, filed 2/1/11]

---

[1] The Debtor's Tax I.D. No. is xx-xxx8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.

Related Documents:

a. Interim Order (I) Authorizing Debtor's Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to CL&P and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 22, entered 2/3/11]

b. Second Interim Order (I) Authorizing Debtor's Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to CL&P and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 73, entered 2/28/11]

c. Order Granting Motion for Leave to File Reply of The Connecticut Light and Power Company to Debtor's Response to Limited Objection to Motion of Debtor and Debtor in Possession for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 76, entered 3/1/11]

d. Third Interim Order (I) Authorizing Debtor's Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to CL&P and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 133, entered 3/30/11]

e. Fourth Interim Order (I) Authorizing Debtor's Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to CL&P and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 178, entered 5/2/11]

f. Fifth Interim Order (I) Authorizing Debtor's Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to CL&P and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 226, entered 6/2/11]

g. Sixth Interim Order (I) Authorizing Debtor's Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to CL&P and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 301, entered 7/25/11]

Objection/Response Deadline: July 6, 2011 at 4:00 p.m. (ET)

Objections/Responses Received:

a. Limited Objection of the Connecticut Light and Power Company to Motion of Debtor and Debtor in Possession for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 53, filed 2/23/11]

b. Response of Debtor to Limited Objection of the Connecticut Light and Power Company to Motion of the Debtor and Debtor in Possession for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 56, filed 2/23/11]

c. Reply of The Connecticut Light and Power Company to Debtor's Response to Limited Objection to Motion of the Debtor and Debtor in Possession for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 77, filed 3/2/11]

Status: The parties have agreed to continue this matter to the hearing scheduled for September 1, 2011 at 10:00 a.m. (ET).

3. Debtor's Motion for an Order Extending Its Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Bankruptcy Code Section 1121(d) [Docket No. 221, filed 5/31/11]

   Related Documents:

   a. Re-Notice of Motion [Docket No. 337, filed 8/17/11]

   Objection/Response Deadline: July 19, 2011 at 4:00 p.m. (ET); Extended to August 16, 2011 for Creditors' Committee

   Objections/Responses Received: None to date.

   Status: This matter has been re-noticed to the omnibus hearing scheduled for September 22, 2011 at 11:00 a.m. (ET).

4. Debtor's Objection to Claim of The Connecticut Light & Power Company [Docket No. 252, filed 6/20/11]

   Related Documents:

   a. Agreed Scheduling Order Relating to (I) Debtor's Objection to Connecticut Light & Power Company Proof of Claim No. 47 and (II) Connecticut Light & Power Company's Motion for Relief from Automatic Stay [Docket No. 315, entered 7/29/11]

   Objection/Response Deadline: July 19, 2011 at 4:00 p.m. (ET)

   Objections/Responses Received:

   a. Response of The Connecticut Light and Power Company to Debtor's Objection to Claim of The Connecticut Light & Power Company [Docket No. 274, filed 7/19/11]

   Status: This matter will be heard at the evidentiary hearing scheduled for September 1, 2011 at 10:00 a.m. (ET).

5. Debtor's Motion for an Order Authorizing the Debtor's Use of Property of the Estate Under Section 363(b) for the Purpose of Obtaining Market Participant Status [Docket No. 263, filed 7/5/11]

Related Documents:

a. Re-Notice of Motion [Docket No. 338, filed 8/17/11]

Objection/Response Deadline: July 19, 2011 at 4:00 p.m. (ET)

Objections/Responses Received:

a. Objection of The Connecticut Light and Power Company to Debtor's Motion for an Order Authorizing the Debtor's Use of Property of the Estate Under Section 363(b) for the Purpose of Obtaining Market Participant Status [Docket No. 275, filed 7/19/11]

b. Preliminary Reply of the Debtor to Objection of The Connecticut Light and Power Company to Debtor's Motion for an Order Authorizing the Debtor's Use of Property of the Estate Under Section 363(b) for the Purpose of Obtaining Market Participant Status [Docket No. 288, filed 7/21/11]

Status: This matter has been re-noticed to the omnibus hearing scheduled for September 22, 2011 at 11:00 a.m. (ET).

6. Motion of The Connecticut Light and Power Company for Order Granting Relief from the Automatic Stay to Seek Declaratory Relief Before Connecticut Department of Public Utility Control [Docket No. 276, filed 7/19/11]

Related Documents:

a. Notice of Revised Objection Deadline and Hearing Date for Motion of The Connecticut Light and Power Company for Order Granting Relief from the Automatic Stay to Seek Declaratory Relief Before Connecticut Department of Public Utility Control [Docket No. 289, filed 7/21/11]

b. Agreed Scheduling Order Relating to (I) Debtor's Objection to Connecticut Light & Power Company Proof of Claim No. 47 and (II) Connecticut Light & Power Company's Motion for Relief from Automatic Stay [Docket No. 315, entered 7/29/11]

Objection/Response Deadline: August 4, 2011 at 4:00 p.m. (ET)

Objections/Responses Received:

a. Objection of the Official Committee of Unsecured Creditors to Motion of the Connecticut Light and Power Company for Order Granting Relief from the Automatic Stay to Seek Declaratory Relief Before the Connecticut Department of Public Utility Control [Docket No. 324, filed 8/4/11]

b. Debtor's Objection to Motion of the Connecticut Light and Power Company for Order Granting Relief from the Automatic Stay to Seek Declaratory Relief Before Connecticut Department of Public Utility Control [Docket No. 325, filed 8/4/11]

Status: This matter will be heard at the evidentiary hearing scheduled for September 1, 2011 at 10:00 a.m. (ET).

7. Motion of the Debtor and Debtor in Possession for an Order Authorizing the Rejection of the Electricity Purchase Agreement to the Extent Such Agreement is Not Terminated [Docket No. 281, filed 7/20/11]

Related Documents:

a. Re-Notice of Motion [Docket No. 339, filed 8/17/11]

Objection/Response Deadline: August 3, 2011 at 4:00 p.m. (ET)

Objections/Responses Received:

a. Limited Objection of The Connecticut Light and Power Company to Motion of the Debtor and Debtor in Possession for an Order Authorizing the Rejection of the Electricity Purchase Agreement to the Extent Such Agreement is Not Terminated [Docket No. 323, filed 8/3/11]

Status: This matter has been re-noticed to the hearing scheduled for September 1, 2011 at 10:00 a.m. (ET).

Dated: August 19, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
J. Landon Ellis (No. 4852)
Jeffrey R. Drobish (No. 5437)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       ellis@lrclaw.com
       drobish@lrclaw.com

*Counsel to Debtor and Debtor in Possession*