# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AES THAMES, L.L.C.,[1] | Case No. 11-10334 (KJC) |
| Debtor. | Ref. No. 369 |

## SECOND ORDER EXTENDING TIME PERIOD WITHIN WHICH THE DEBTOR MAY FILE NOTICES TO REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND RULES 9027 AND 9006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon considering the above-captioned debtor's (the "Debtor") Second Motion to Extend the Time Period within which the Debtor May File Notices to Remove Actions Pursuant to 28 U.S.C. §1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Motion");[2] and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice need be given; and it appearing that the relief requested by the Motion is necessary and appropriate and in the best interests of the Debtor's estate and its creditors; and after due deliberation thereon, and sufficient cause appearing therefor; it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Removal Time Period shall be and is hereby extended through and including December 28, 2011.

---

[1] The Debtor's Tax I.D. No. is xx-xxx8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.

[2] All capitalized terms used but not defined herein shall have the same meaning as ascribed to them in the Motion.

{864.002-W0016356.}

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Sept 20, 2011
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Judge

{864.002-W0016356.}