# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AES THAMES, L.L.C.,[1] | Case No. 11-10334 (KJC) |
| Debtor. | Ref. No. 377 |

## ORDER GRANTING DEBTOR'S SECOND MOTION FOR AN ORDER EXTENDING ITS EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO PURSUANT TO BANKRUPTCY CODE SECTION 1121(d)

Upon the Debtor's Second Motion for an Order Extending Its Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Bankruptcy Code Section 1121(d) (the "Motion");[2] and it appearing that good and sufficient notice having been given and no other or further notice need be given; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and after due deliberation; and good and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Exclusive Plan Period is extended through December 31, 2011; and it is further

ORDERED that the Solicitation Period is extended through March 1, 2012; and it is

ORDERED that this Order shall take effect immediately upon its entry; and it is further

---

[1] The Debtor's Tax I.D. No. is xx-xxx8195. The address for AES Thames, L.L.C. is 141 Depot Rd., Uncasville, CT 06382.

[2] Capitalized terms not otherwise defined herein shall have the same meanings as ascribed to them in the Motion.

{864.001-W0016397.2}

ORDERED that this Order is entered without prejudice to the Debtor's right to seek an additional extension of the Exclusive Periods for cause pursuant to the Bankruptcy Code; and it is further

ORDERED that this court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: Sept 20, 2011
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Court

{864.001-W0016397.2}