**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AES Thames, L.L.C.,<br><br>Debtor. | Chapter 7<br><br>Case No. 11-10334 (KJC) |
| Charles M. Forman,<br>Chapter 7 Trustee,<br><br>                Plaintiff,<br><br>vs.<br><br>CSX Transportation, Inc.,<br>CEM Services, Inc.,<br>Energy Link, Inc.,<br>Headwaters Resources, Inc.,<br>Independent Elevator Co. LLC,<br>McCarthy Heating Oil Service, Inc.,<br>Moran Towing Corp.,<br>P&M Brick LLC,<br><br>                Defendants. | Adversary Proceeding Nos.<br><br><br><br>13-50301 (KJC)<br>13-50307 (KJC)<br>13-50340 (KJC)<br>13-50345 (KJC)<br>13-50348 (KJC)<br>13-50388 (KJC)<br>13-50395 (KJC)<br>13-50406 (KJC) |

## **STATUS REPORT**

The Plaintiff, Charles M. Forman, in his capacity as Chapter 7 Trustee of the debtor's estate AES Thames, L.L.C., hereby files the following status report:

**Status A**

Service is incomplete and the following defendant(s) have not been served:

N/A

**Status B**

Service is complete, no answer has been filed; the deadline to file the answer is noted below for each:

N/A

**Status C**

Cases where service is complete, no answer has been filed, and motion or requests for Default Judgment are pending:

N/A

**Status D**

Cases with a Settlement Agreement pending before the Court, with docket number for approval of the Agreement.

| | | | |
|---|---|---|---|
| Energy Link, Inc. | 13-50340 | Docket No. 775 | Filed: 3-27-2014 |
| Independent Elevator Co. LLC | 13-50348 | Docket No. 772 | Filed: 3-7-2014 |
| McCarthy Heating Oil Service, Inc. | 13-50388 | Docket No. 773 | Filed: 3-14-2014 |

**Status E**

Cases that have been resolved/settled, but Notice/Stipulation of Dismissal cannot be filed yet.

Headwaters Resources, Inc.        13-50345

**Status F**

Service is complete, an answer has been filed, and discovery/disclosures are underway in the following cases.  The Plaintiff anticipates that discovery and further litigation in these cases will proceed in accordance with the Scheduling Order entered by this Court:

N/A

**Status G**

Cases where a Mediator has been selected or appointed:

| | |
|---|---|
| CSX Transportation, Inc. | 13-50301 - Mediator's Certificate of Completion filed |
| CEM Services, Inc., | 13-50307 - Mediator's Certificate of Completion filed |
| Moran Towing Corp. | 13-50395 - Mediator's Certificate of Completion filed |
| P&M Brick LLC | 13-50406 - Order Staying Remaining Deadlines in Scheduling Order. |

**Status H**

Cases ready for trial:

N/A

**Status I**

Cases with dispositive motions pending and the dates for completion of briefing:

N/A

**Status J**

Cases where defendant has filed for bankruptcy:

N/A

**Status K**

Cases where an Appeal is pending:

N/A

Dated: March 27, 2014
Wilmington, DE

**McCARTER & ENGLISH, LLP**

By: /s/ *Katharine L. Mayer*
Katharine L. Mayer (DE # 3758)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
kmayer@mccarter.com

-and-

**FORMAN HOLT ELIADES
& YOUNGMAN LLC**
Harry M. Gutfleish, Esq.
Matteo Percontino, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652
Telephone (201) 845-1000
Facsimile (201) 845-9112
hgutfleish@formanlaw.com
mpercontino@formanlaw.com

*Counsel to Charles M. Forman, the Chapter 7 Trustee*

-and-

ME1 17498459v.1

**CIARDI CIARDI & ASTIN**

Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
1204 N. King Street
Wilmington, DE  19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

*Conflicts Counsel for the Chapter 7 Trustee[1]*

---

[1] Ciardi Ciardi & Astin represents the Chapter 7 Trustee with respect to the preference action against CSX Transportation, Inc. .

ME1 17498459v.1

**The following transaction was received from Katharine L. Mayer entered on 3/27/2014 at 4:08 PM EDT and filed on 3/27/2014**

**Case Name:**　　　　Forman, Trustee v. CEM Services, Inc.
**Case Number:**　　　13-50307-KJC
**Document Number:** 36
**Case Name:**　　　　Charles M. Forman, Chapter 7 Trustee v. Energy Link, Inc.
**Case Number:**　　　13-50340-KJC
**Document Number:** 28
**Case Name:**　　　　Charles M. Forman, Chapter 7 Trustee v. Headwaters Resources, Inc.
**Case Number:**　　　13-50345-KJC
**Document Number:** 24
**Case Name:**　　　　Charles M. Forman, Chapter 7 Trustee v. Independent Elevator Co. LLC
**Case Number:**　　　13-50348-KJC
**Document Number:** 30
**Case Name:**　　　　Charles M. Forman, Chapter 7 Trustee v. McCarthy Heating Oil Service, Inc.
**Case Number:**　　　13-50388-KJC
**Document Number:** 31
**Case Name:**　　　　Charles M. Forman, Chapter 7 Trustee v. Moran Towing Corp.
**Case Number:**　　　13-50395-KJC
**Document Number:** 42
**Case Name:**　　　　Charles M. Forman, Chapter 7 Trustee v. P&M Brick LLC
**Case Number:**　　　13-50406-KJC
**Document Number:** 45

**Docket Text:**
**Status Report Filed by Charles M. Forman, Chapter 7 Trustee. (Mayer, Katharine)**

**The following document(s) are associated with this transaction:**

**Document description:Main Document**
**Original filename:I:\My Documents\Bankruptcy\To Be Filed\Status Report.pdf**
**Electronic document Stamp:**
**[STAMP bkecfStamp_ID=983460418 [Date=3/27/2014] [FileNumber=12357393-0
] [864dcad5792b4b93be2cd40fdf3ab02ff10a58658dc2020c21b24eea16659aa17c0
a13ee83aadf8c407506825bc2b5de07a79ec3d9c57ba4c4d9351524c6ec23]]**
**Document description:Main Document**
**Original filename:I:\My Documents\Bankruptcy\To Be Filed\Status Report.pdf**
**Electronic document Stamp:**
**[STAMP bkecfStamp_ID=983460418 [Date=3/27/2014] [FileNumber=12357394-0
] [6339fee5372fa9fd06acada691de975b53b52623b10f49c904ab712ef11dcca6e61
4fae9be1d750aee0aa2dfee4daaa2e9b71560ca4c181c4cd0504b125e2e41]]**
**Document description:Main Document**
**Original filename:I:\My Documents\Bankruptcy\To Be Filed\Status Report.pdf**
**Electronic document Stamp:**
**[STAMP bkecfStamp_ID=983460418 [Date=3/27/2014] [FileNumber=12357395-0
] [0e5139897c68b4d58a3f237ffc2788cac5b647c03770a2a687950b7acdd6c5c1766
e00046e4fe41789cc5a3b21310828fcf9f19bd11a4b69829a820ee747d269]]**