# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: :
: Chapter 7
AES Thames, LLC, :
: Case No. 11-10334 (KJC)
Debtor. :
:
:

## STATUS REPORT

The Status Report is filed in accordance with the Court's request dated May 9, 2019.

**A.  The prepetition circumstances that occasioned the commencement of the Chapter 11 proceedings**

1. On February 1, 2011, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On January 23, 2012, the Court entered an order converting the chapter 11 case to a case under chapter 7 of the Bankruptcy Code.

3. On January 24, 2012, the Office of the United States Trustee appointed the Trustee to serve as the interim trustee for the bankruptcy estate. The Trustee continues to serve as the chapter 7 trustee for the Debtor's bankruptcy estate.

**B.  Whether any major sales of assets have occurred in the case**

4. The Debtors' assets were sold by the Trustee pursuant to an order entered on December 5, 2012.

C. **The status of plan negotiations or preparations, and whether a plan has been confirmed**

    5.    Does not apply to this case.

D. **Any major litigation pending or expected to be filed in the case**

    6.    No litigation is pending or expected to be filed.

E. **The status of analysis of Chapter 5 causes of action, including whether any suits have been brought**

    7.    The Trustee filed 30 adversary proceedings asserting Chapter 5 causes of action, all of which have been resolved.

F. **Every open adversary proceeding, and the current status of such proceeding**

    8.    No adversary proceedings are pending.

G. **Counsel's expectation as to any future significant developments or events in the administration of the case**

    9.    The only remaining matters in the case are final fee applications and the Trustee's Final Report. The Trustee's Final Report was submitted to the Office of the United States Trustee on November 9, 2018 and is under review.

H. **Any pending motions or other items awaiting disposition by the Court**

    10.    There are no pending motions or other items awaiting disposition by the Court.

Dated: May 14, 2019
      Wilmington, Delaware

McCARTER & ENGLISH,

/s/ *Kate Roggio Buck*
Kate Roggio Buck, Esq.
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
kbuck@mccarter.com

      -and-

FORMAN HOLT
Erin J. Kennedy, Esq.
66 Route 17 North
Paramus, NJ 07652
Telephone: (201) 845-1000
Fax: (201) 655-6650
ekennedy@formanlaw.com

*Counsel to Charles M. Forman,
the Chapter 7 Trustee*